
USCA1 Opinion

	




      [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
                 United States Court of Appeals
                     For the First Circuit
                                
                                



No. 97-2332
                                
                   UNITED STATES OF AMERICA,

                       Plaintiff, Appellee,

                                v.

           DAVID L. KINGSBURY AND ELIZABETH A. MASTERS,

                     Defendants, Appellants.



                   APPEAL FROM THE JUDGMENT OF
                THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MAINE
                                
          [Hon. Morton A. Brody, U.S. District Judge]
                                


                             Before
                                
                     Boudin, Circuit Judge,
                 Coffin, Senior Circuit Judge,
                   and Lynch, Circuit Judge.
                                
                                


     David L. Kingsbury and Elizabeth A. Masters on brief pro se.
     Loretta C. Argrett, Assistant Attorney General, Jay P.
McCloskey, United States Attorney, William S. Estabrook and John A.
Nolet, Attorneys, Tax Division, Department of Justice, on brief for
appellee. 





June 23, 1998



                                
                                

            Per Curiam.  We have carefully reviewed the parties'
    briefs and the record on appeal.  We affirm on grounds that the
    appellants  made no attempt to show that they are entitled to
    relief under Fed. R. Civ. P. 60(b).  They have not shown that
    they had good cause for the default, a meritorious defense to
    the action, or any other grounds which would have entitled them
    to relief under Rule 60(b).  United States v. Proceeds of Sale
    of 3888 pounds Atlantic Sea Scallops, 857 F.2d 46, 49 (1st Cir.
    1988).  The provisions of 28 U.S.C.  1655 have no bearing on
    this issue because service below was not made pursuant to that
    statute.
              Affirmed.  Loc. R. 27.1.

